779 A.2d 422

IN THE MATTER OF SAMUEL V. CONVERY, JR., AN ATTORNEY AT LAW.

Decided August 30, 2001.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **SAMUEL V. CONVERY, JR.,** of **METUCHEN,** who was admitted to the bar of this State in 1969, and who was suspended from the practice of law for a period of six months effective February 23, 2001, by Order of this Court dated February 2, 2001, be restored to the practice of law, effective immediately.